IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHAWNTE SHADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:21-cv-00025 |
| ) | Judge Trauger |
| CORE CIVIC, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On October 28, 2022, the Magistrate Judge issued a Report and Recommendation (Doc No. 25), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. The defendant's Motion for Summary Judgment (Doc. No. 18) is DENIED AS MOOT.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge